Luis De Hoyos, Respondent, *v.* Susie H. Thornton, Appellant.

Philip Kaplan, Respondent, *v.* Susie H. Thornton, Appellant.

Russell W. Allan, Respondent, *v.* Susie H. Thornton, Appellant.

Nathan Rubin, Respondent, *v.* Susie H. Thornton, Appellant.

Submitted October 14, 1940; decided October 18, 1940.

*Isaac Silberman* for motion.

*John D. Lyons* opposed.

Motions granted and appeal dismissed, without costs, on the ground the order appealed from is not a final order.